The parties shall file any evidence they intend to present within 20 days of the date of this entry; relator shall file a brief within ten days of the filing of the evidence; respondents shall file a brief within 20 days after the filing of relator's brief; and relator may file a reply brief within seven days after filing of respondents' brief.

**2009–1369. Scott v. Houk.**
Certified Question of State Law, United States District Court, Northern District of Ohio, Eastern Division, No. 4:07–CV–0753. On review of preliminary memoranda pursuant to S.Ct.Prac.R. XVIII(6). The court will answer the following question:

"Is there a post-conviction or other forum to litigate the issue of whether Ohio's lethal injection protocol is constitutional under *Baze v. Rees,* 553 U.S. 35, 128 S.Ct. 1520 (2008), or under Ohio law?"

Motion to strike district court order denied as moot. Petitioner shall file a merit brief within 40 days of the date of this entry and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. VI and S.Ct.Prac.R. XVIII(7).

**2009–1530. State v. McQueen.**
Cuyahoga App. No. 91370, 2009-Ohio-1085. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.

**2009–1532. State v. Infante.**
Cuyahoga App. No. 91782, 2009-Ohio-2585. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., and PFEIFER and CUPP, JJ., dissent.

**2009–1546. Smith v. Inland Paperboard & Packaging, Inc.**
Portage App. No. 2008–P–0072, 2009-Ohio-3148. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause held for the decision in 2008–0857, *Kaminski v. Metal & Wire Prods. Co.,* Columbiana App. No. 07–CO–15, 175 Ohio App.3d 227, 2008-Ohio-1521; cause consolidated with 2009–1471, *Smith v. Inland Paperboard & Packaging, Inc.,* Portage App. No. 2008–P–0072, 2009-Ohio-3148; and briefing schedule stayed.

**2009–1549. State v. Ball.**
Franklin App. No. 07AP–818, 2008-Ohio-2648. On motion for leave to file delayed appeal. Motion denied.

**2009–1551. State v. Ware.**
Cuyahoga App. No. 90051, 2008-Ohio-2788. On motion for leave to file delayed appeal. Motion denied.

**2009–1556. State v. J.G.**
Franklin App. Nos. 08AP–921 and 08AP–972, 2009-Ohio-2857. On motion for leave to file delayed appeal. Motion granted. Motion to supplement the record denied as moot.
O'CONNOR, O'DONNELL, and LANZINGER, JJ., dissent.

**2009–1566. State v. Edwards.**
Lucas App. No. L–06–1345, 2008-Ohio-4029. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., and PFEIFER, J., dissent.

**2009–1574. State v. Flowers.**
Stark App. No. 2009CA00054. On motion for leave to file delayed appeal. Motion denied.

**2009–1576. State v. Conkel.**
Franklin App. No. 08AP–845, 2009-Ohio-2852. On motion for leave to file delayed appeal. Motion denied.
PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2009–1577. State v. McGrath.**
Cuyahoga App. No. 92971. On motion for leave to file delayed appeal. Motion denied.

**2009–1579. State v. McGrath.**
Cuyahoga App. No. 93110. On motion for leave to file delayed appeal. Motion denied.